IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK RIVERS, #148197, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-354-TFM |
| ) | [WO] |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Frederick Rivers ["Rivers"], an indigent state inmate, initiated this 42 U.S.C. § 1983 complaint challenging actions taken against him during his confinement at the Ventress Correctional Facility. The order of procedure entered in this case specifically directed Rivers to immediately inform the court of any change in his address. *Order of May 16, 2008 - Court Document No. 4* at 6.

This court recently determined that the plaintiff no longer resides at the last address he had provided for service. As is clear from the foregoing, Rivers has failed to comply with the directives of the orders entered by this court regarding his provision of a current address and this case cannot properly proceed in his absence. The court therefore concludes that this case is due to be dismissed.

A separate order will accompany this memorandum opinion.

Done this 3rd day of August, 2010.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE